Alan Adelman, State Bar No. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, CA 94108
Telephone No.: 415-956-1360
Fax No.: 415-625-1339

Elizabeth S. Mancl, State Bar No. 191844
508 Forbes Avenue, 2nd Floor South
Yuba City, CA 95991
Telephone No.: 530-751-1695
Fax: 530-751-2384

Attorneys for Plaintiff Sujla Maharaj

Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3881
Email: jfillerup@luce.com

Attorneys for Defendant California Bank & Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJLA MAHARAJ,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA BANK & TRUST,<br><br>    Defendant. | Case No. 2:11-CV-00315-FCD-EFB<br><br>**STIPULATION AND ORDER EXTENDING DUE DATE FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>Hon. Frank C. Damrell, Jr.<br><br>Complaint Filed:   February 3, 2011 |

Plaintiff Sujla Maharaj, by and through her attorneys of record herein, and Defendant California Bank & Trust, by and through its attorney, Jeffrey L. Fillerup of Luce Forward Hamilton & Scripps LLP, hereby stipulate to extend the due date of Defendant California Bank & Trust's response to the complaint in this action to March 4, 2011.

1

1  DATED: February    , 2011

2

3                                        By: /s/
                                             Elizabeth S. Mancl
4                                            Attorneys for Plaintiff Sujla Maharaj

5

6  DATED: February    , 2011              LUCE, FORWARD, HAMILTON & SCRIPPS LLP

7

8
                                         By: /s/
9                                            Jeffrey L. Fillerup
                                             Attorneys for Defendant California Bank & Trust
10

11

12                                       **ORDER**

13      Pursuant to the stipulation of the parties herein, Defendant California Bank & Trust's

14  response to the complaint is due on March 4, 2011.

15      **IT IS SO ORDERED.**

16

17  Dated: February 24, 2011
                                         _____
18                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
19