Alan Adelman, State Bar No. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton St., 9th Floor
Union Square
San Francisco, CA 94108
Telephone:  415.956.1360
Facsimile:  415.625.1339
Email:  alan@alanadelmanlaw.com

ELIZABETH S. MANCL, State Bar No. 191844
508 Forbes Ave., 2nd Fl. South
Yuba City, CA 95991
Telephone:  530-751-1695
Facsimile:  530-751-2384
Email:  bethmancl@prodigy.net

Attorneys for Plaintiff Sujla Maharaj

Jeffrey L. Fillerup, State Bar No. 120543
Jennifer C. Hayes, State Bar No. 197252
Andrew S. Azarmi, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3881
Email:  jfillerup@luce.com
        jhayes@luce.com
        aazarmi@luce.com

Attorneys for Defendant California Bank & Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJLA MAHARAJ,<br><br>　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA BANK & TRUST,<br><br>　　　Defendant. | Case No. 2:11-CV-00315-GEB-EFB<br><br>Hon. Garland E. Burrell, Jr.<br><br>**STIPULATION AMENDING THE DISCOVERY COMPLETION DATE AND EXPERT DISCLOSURE DATES; AND [PROPOSED] ORDER**<br><br>Complaint Filed:  February 3, 2011 |

//

//

1    Alan Adelman, counsel for Plaintiff Sujla Maharaj, and Jeffrey L. Fillerup, counsel for the
2    Defendant California Bank and Trust, hereby stipulate to the Court's entry of an order amending
3    the Status (Pretrial Scheduling) Order in the case as follows:
4    This stipulation is based on the following facts and circumstances:
5    On April 5, 2011, Judge Damrell entered a Status (Pretrial Scheduling) Order in this case,
6    which among other dates set the discovery completion date for April 2, 2012 and the trial date for
7    January 15, 2013.  (Doc. 10)
8    On September 1, 2011, Judge Burrell entered an order amending the Status (Pretrial
9    Scheduling) Order by changing the pretrial and trial dates, but not amending the discovery
10   completion dates in the case.  (Doc. 24)  The new pretrial conference date is October 29, 2012 at
11   2:30 p.m., and the new trial date is January 22, 2013 at 9:00 a.m.
12   The parties have commenced written and deposition discovery in the case, but there are
13   still more than ten depositions to be taken before discovery is completed.
14   The parties have engaged in settlement discussions in good faith, the parties are
15   considering engaging in a formal mediation process, and they are considering asking retired Judge
16   Damrell to act as the mediator.
17   In light of the fact that the trial date is January 22, 2013, the parties would like to push
18   back the discovery completion date to allow time for further settlement discussions, without
19   changing the currently set pretrial and  trial dates.
20   Counsel for the parties believe that moving back the discovery completion and expert
21   disclosure dates will provide sufficient time to explore settlement without the parties incurring the
22   costs necessary to complete discovery by April 2, 2012.
23   Accordingly, the parties, through their counsel, hereby  stipulate to the entry of an order:
24   1.    Amending the discovery completion date from April 2, 2012 to June 22, 2012.
25   (Doc. 10 at page 2, line 2)
26   2.    Amending the date to designate experts and serve expert reports from April 16,
27   2012 to June 22, 2012.  (Doc. 10 at page 2, line 11)
28   3.    Amending the date to supplement the expert list and serve supplemental expert

2

reports from May 14, 2012 to July 22, 2012.  (Doc. 10 at page 2, line 13)

    4.    Amending the date for the completion of expert discovery from June 18, 2012 to August 24, 2012.  (Doc. 10 at page 3, lines 11-12)

    5.    No other dates in the two scheduling orders, Docs. 10 and 24, would be amended.

DATED: January __, 2012    LAW OFFICES OF ALAN ADELMAN

By: _____
Alan Adelman
Attorney for Plaintiff Sujla Maharaj

DATED: January __, 2012    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeffrey L. Fillerup
Jennifer C. Hayes
Andrew S. Azarmi
Attorneys for Defendant California Bank & Trust

## ORDER

Based on the foregoing Stipulation and for good cause appearing, IT IS HEREBY ORDERED as follows:

The Status (Pretrial Scheduling) Orders (Doc. 10) is hereby amended as follows:

    1.    Amending the discovery completion date from April 2, 2012 to June 22, 2012.  (Doc. 10 at page 2, line 2)

    2.    Amending the date to designate experts and serve expert reports from April 16, 2012 to June 22, 2012.  (Doc. 10 at page 2, line 11)

    3.    Amending the date to supplement the expert list and serve supplemental expert reports from May 14, 2012 to July 22, 2012.  (Doc. 10 at page 2, line 13)

    4.    Amending the date for the completion of expert discovery from June 18, 2012 to

1 | August 24, 2012.  (Doc. 10 at page 3, lines 11-12)
2 |      5.     No other dates in the Court's prior scheduling orders (Docs. 10, 24) are amended.
4 | 1/24/12                  _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge