UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJLA MAHARAJ, | CASE NO: 2:11-CV-00315-GEB-EFB |
| Plaintiff, | |
| vs. | ORDER GRANTING PLAINTIFF'S REQUEST FOR A TWO WEEK CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| CALIFORNIA BANK & TRUST, | |
| Defendant. | |

Plaintiff's Request for a two week continuance of Defendant's pending Motion for Summary Judgment is granted. The hearing on Defendant's Motion for Summary Judgment shall take place on August 27, 2012 at 9:00 a.m.

Dated: July 18, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge