# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJLA MAHARAJ,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA BANK & TRUST,<br><br>        Defendant. | CASE NO: 2:11-CV-00315-GEB-EFB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A TWO WEEK CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Plaintiff's Request for a two week continuance of Defendant's pending Motion for Summary Judgment is granted. The hearing on Defendant's Motion for Summary Judgment shall take place on August 27, 2012 at 9:00 a.m.

Dated: July 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge