UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUJLA MAHARAJ,

    Plaintiff,

v.

CALIFORNIA BANK & TRUST,

    Defendant.

_____/

NO. CIV. S-11-0315 GEB EFB

**ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**

    The Status (Pretrial Scheduling) Order is modified in accordance with the scheduling practices of the undersigned judge, to whom this matter was reassigned after it was initially scheduled, as follows:

    The requirement that the designation of percipient expert witnesses be accompanied by a written report prepared and signed by the witness that complies with Federal Rule of Civil Procedure 26(a)(2)(B) is stricken.

    Further, section VII, paragraph 5 of the Status Order is amended as follows:

**Concurrently with the filing of the Joint Final Pretrial Conference Statement, counsel shall submit to chambers the word processing version of the statement, in its entirety (including the witness and exhibit lists) to: geborders@caed.uscourts.gov.**

    IT IS SO ORDERED.

Dated: September 10, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28