IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJLA MAHARJ, | ) |
| | ) 2:11-cv-00315-GEB-EFB |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING DEFENDANT'S |
| | ) MOTION TO STRIKE |
| CALIFORNIA BANK & TRUST, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

On July 24, 2012, Defendant filed a "Motion to Strike Plaintiff's Expert Witness Disclosures/Reports" under Federal Rule of Civil Procedure 37. (ECF 54.) In essence, Defendant argues Plaintiff's "expert witness disclosure that purports to designate three of [his] treating physicians as percipient expert witnesses" should be stricken since the disclosure does not comply with a provision of the Court's April 5, 2011 Scheduling Order. (Def.'s Mot. 2:3-18, 2:23-3:10, 3:25-26, ECF No. 54-2.) However, the referenced provision in the Scheduling Order was stricken on September 11, 2012, in accordance with the scheduling practices of the undersigned judge, to whom this matter was reassigned after the Scheduling Order issued. (ECF No. 71, 1:16-18.) Therefore, the motion is denied.

Dated: September 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1